**IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 15-cv-02013-RM-MJW

ANDOR SCHWARTZ and SANDI SCHWARTZ,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin Corporation,

    Defendant.

---

**ORDER RE: STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE**

---

    THE COURT having reviewed the Stipulated Motion to Dismiss Without Prejudice (ECF No. 15), and otherwise being fully advised in the premises, grants the parties' Stipulated Motion to Dismiss Without Prejudice.

    DATED this 21st day of October, 2015.

                                              BY THE COURT:

                                              RAYMOND P. MOORE
                                              United States District Judge